Christopher J. Reichman SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Email: JustinP@prato-reichman.com

Attorneys for Plaintiff
and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>LIBERTY POWER CORP, L.L.C., LIBERTY POWER SUPER HOLDINGS, LLC, LIBERTY POWER HOLDINGS, LLC,<br><br>Defendants. | Case No.: 8:21-cv-01749-JLS-KES<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUB-CLASS CERTIFICATION AS TO LIBERTY POWER SUPER HOLDINGS, LLC AND LIBERTY POWER CORP, LLC, ONLY (PRIOR TO REQUESTING DEFAULT JUDGMENT)**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Motion Date: April 14, 2022<br>Motion Time: 10:00 AM |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on April 14, 2022, in the United States District Court for the Central District of California, Western Division, at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8B, 8th Floor, Plaintiffs Paul Sapan and the putative class will and hereby do move the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order certifying a sub-class in the above titled action against two defendants, Liberty Power Super Holdings LLC and Liberty Power Corp, LLC ("Defendants"), based on the attached arguments and papers. Please note that this motion does not apply to Liberty Power Holdings, LLC who has appeared in the case and is in the process of moving to set aside entry of default. Plaintiff will seek certification against Liberty Power Holdings LLC at the appropriate time.

Plaintiff's motion seeks certification of the sub-class since all requirements of subsections (a) and (b)(3) are met in this case. The sub-class numbers in the hundreds of thousands, the claims are common, the named plaintiff is typical, and the representation by the named plaintiff and counsel are more than adequate. Common issues and facts predominate in this simple Telephone Consumer Protection Act case. Class treatment is clearly superior where the individual cases would be for small damages awards and potentially disparate injunctive relief. And the case is manageable where sub-class members can be identified by reference to common facts and reference to the official telephone records.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of counsel and the named Plaintiff, as well as evidence obtained by Plaintiff prior to discovery, and any additional evidence and argument presented before or at the hearing of this Motion.

/ / /

## NOTICE RE CLASS DISCOVERY NOT COMPLETE

Due to the Defendant's default, there has not been any pre-certification discovery. Thus, Plaintiffs do not have the aid of any as-yet unproduced discovery in preparing this certification motion. This has limited Plaintiffs' ability to gather evidence prior to this motion. While Plaintiffs believe there is enough evidence to meet the burden for certification on default against the defaulted Defendants, the Court should be aware of this issue and Plaintiffs reserve all rights stemming from the incomplete class discovery including any right to file additional material or re-file this motion once class discovery is complete.

## STATEMENT OF ISSUES TO BE DECIDED

Whether Plaintiff satisfies the requirements of Federal Rule of Civil Procedure ("Rule") 23(a) and 23(b)(3) by showing that (1) the national class is so numerous that joinder of all class members is impracticable; (2) there are common issues of fact or law; (3) Plaintiff's claims are typical of class member claims; (4) Plaintiff and his counsel will adequately represent the interests of the classes; (5) common issues of fact and law predominate over individualized issues; and (6) class treatment is superior to other methods of adjudication.

DATED: March 17, 2022      **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
and the putative class

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument as well as all attached documents were served upon all counsel of record in the above entitled and numbered cause on the date listed below.

__X__ Via ECF

Michael A DiNardo mike@kelly-kelleylaw.com, nancy@kelly-kelleylaw.com

DATED: March 17, 2022        **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION