Christopher J. Reichman SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Email: JustinP@prato-reichman.com

Attorneys for Plaintiff
and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>LIBERTY POWER CORP, L.L.C., LIBERTY POWER SUPER HOLDINGS, LLC, LIBERTY POWER HOLDINGS, LLC,<br><br>Defendants. | Case No.: 8:21-cv-01749-JLS-KES<br><br>**DECLARATION OF JUSTIN PRATO IN SUPPORT OF MOTION FOR SUB-CLASS CERTIFICATION AS TO LIBERTY POWER SUPER HOLDINGS, LLC AND LIBERTY POWER CORP, LLC, ONLY (PRIOR TO REQUESTING DEFAULT JUDGMENT)**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Motion Date: April 14, 2022<br>Motion Time: 10:00 AM |

# DECLARATION

I, Justin Prato, state the following to be true and correct under penalty of perjury of the laws of the United States:

1. My name is Justin Prato Esq.
2. I have personal knowledge of the following facts and if so requested, I could and would competently testify hereto.

## Facts Regarding Adequacy of Counsel

3. I am one of two partners in the law firm Prato & Reichman APC.
4. I was admitted to practice law in the State of California in December of 2006, and I began practicing law that same month.
5. I am admitted to practice law in the Federal District Court of California, Southern District, Federal District Court of California, Central District, Federal District Court of California, Northern District, and the Ninth Circuit Court of Appeals.
6. I have been the lead trial counsel in well over one-hundred administrative evidentiary hearings in various forums including the Merit System Protection Board, Equal Employment Opportunity Commission, California Labor Commissioner, California Unemployment Appeal Board, and other various forums including private arbitrations.
7. I have also prosecuted claims in California Superior Courts, including two bench trials, and Federal District Courts.
8. The majority of the cases that I have been lead attorney on in Federal District Court were filed against the United States as Defendant, specifically Federal Agencies including the Department of the Navy, and the Federal Bureau of Investigation. (*Estate of Jacques Sandifer v. Mabus*, 14-cv-0827-W (BLM); *Stanich v. Mabus*, 15cv1343-DMS-RBB; *Ward v. Mabus*, 15-cv-539; *Lombardi v.*

*Holder*, 14-cv-2965-WQH-RBB, *Terrell v. Mabus*, 15-cv-0062-JLS-KSC; *Linton v. Mabus*, 13-CV-02505-L-BLM).

9. Additionally, I was the lead trial counsel and first chair for a jury trial in the Federal District Court of California, Southern District for the case *Davis v. Mabus*, 13-cv-02918-JAH-RBB.

10. Claims against the United States Government have many special rules and deadlines adding complexity to claims including special defenses, which makes these cases more complicated than typical tort or other cases.

11. I am experienced in use of the Federal Rules of Civil Procedure and Federal Rules of Evidence, having extensively used both in the cases I have prosecuted, and believe that my knowledge and experience is sufficient to represent this class.

12. Our law firm has expended over a hundred hours on this case so far, and has committed the time and financial resources to ensure proper case representation.

13. I was one of the attorneys who was certified as adequate in the Moser v. HII, 3:17-cv-01127-WQH-KSC.

14. Here, the numbers Defendants called can be identified and notice can be given by making a notice call or Plaintiffs can retain an expert who can identify the names and addresses of the proposed class members using the telephone numbers that were called and send notice via U.S. Mail. Notice can also be published on a website maintained and updated by Plaintiff's counsel and/or a claims administrator.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this document is executed by me in San Diego County, California.

DATED: March 17, 2022          **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff

- 4 -

DECLARATION OF JUSTIN PRATO