1  Christopher J. Reichman SBN 250485
   Justin Prato SBN 246968
2  PRATO & REICHMAN, APC
3  8555 Aero Drive, Suite 303
   San Diego, CA 92123
4  Telephone: 619-886-0252
5  Email: JustinP@prato-reichman.com

6
   Attorneys for Plaintiff
7  and the Proposed Class

8

9
                UNITED STATES DISTRICT COURT
10
              CENTRAL DISTRICT OF CALIFORNIA
11

12 | PAUL SAPAN, individually and on        | Case No.: 8:21-cv-01749-JLS-KES
13 | Behalf of All Others Similarly Situated, |
   |                                          | **DECLARATION OF PAUL
14 |                                          | SAPAN IN SUPPORT OF
15 |            Plaintiff,                    | MOTION FOR SUB-CLASS
   |      vs.                                 | CERTIFICATION AS TO
16 |                                          | LIBERTY POWER SUPER
17 | LIBERTY POWER CORP, L.L.C.,              | HOLDINGS, LLC AND LIBERTY
18 | LIBERTY POWER SUPER HOLDINGS,            | POWER CORP, LLC, ONLY
   | LLC, LIBERTY POWER HOLDINGS,             | (PRIOR TO REQUESTING
19 | LLC,                                     | DEFAULT JUDGMENT)**
20 |                                          |
21 |            Defendants.                   | Hon. Maame Ewusi-Mensah Frimpong
22 |                                          | Motion Date: April 14, 2022
23 |                                          | Motion Time: 10:00 AM

24

25

26

27

28

DECLARATION OF PAUL SAPAN

## **DECLARATION**

I, Paul Sapan, state the following to be true and correct under penalty of perjury of the laws of the United States:

1.    I have personal knowledge of the following facts and if so requested, I could and would competently testify hereto.

2.    I have been a longtime TCPA advocate who has been involved in many TCPA claims over the past ten plus years.

3.    I have managed attorneys in a handful of trial court cases and I am not overwhelmed by the legal process as many average class representatives would be.

4.    My experience has taught me the importance of maintaining good records for evidence later.

5.    My experience in settling TCPA claims should give the class and the Court greater assurance that I will obtain the most favorable settlement possible for the class.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this document is executed by me in San Diego County, California.

DATED: March 17, 2022

                                   __/s/ Paul Sapan_____
                                   By: Paul Sapan

DECLARATION OF PAUL SAPAN