# EXHIBIT 2

**FILE A COMPLAINT**

ADVERTISMENT

› United States › Florida › Utility Services

# Liberty Power — Telemarketing to people on the Do NOt Call List

**J** Jennifer Ruth  Verified customer

I am a customer of ComEd and not a customer of Liberty Power. I received a call today at 1:18 PM from phone #[protected]. A robot claimed to be calling from ComEd and said if I've paid my bill on time for 6 months in a row and wanted to save 15% on my ComEd bill I should press "1" – so I did. A man who claimed his name was Jason Smith (I highly doubt it) and had a very heavy Indian accent started to talk; I noticed a long delay in answering any of my questions, as if the call was occurring in an international call center, perhaps India. I asked him if he was a ComEd employee. He gave me a run around for awhile about being my supplier of fixed energy through ComEd. After much questioning, he finally admitted that he was a supplier to some ComEd customers, and not my supplier and was trying to sell me on joining up with Liberty Power. I explained to him that I was on the federal "Do Not Call List" and that it was illegal for him to call me unless he was a non-profit or currently doing business with me. I told him I was going to report this breach and asked him to take me off his calling list. I spoke firmly but professionally. He responded exactly this way ... "Go f yourself"! and then hung up on me. I want this man fired.

ADVERTISMENT

Add a Comment

## More Liberty Power Complaints & Reviews

- Liberty Power - Beware  87
- Liberty Power - Cancellation  2
- Liberty Power - Rediculous rates and fees
- Liberty Power - Forgery  5

  View all 29 Liberty Power complaints & reviews

Post your comment

Comment Guidelines

Write a comment...

By clicking Submit you are agreeing to the Complaints Board's Terms and Conditions

Submit

**Liberty Power
Customer Service**

Overall Satisfaction Rating

29 Reviews

**File a complaint to Liberty Power**

**Liberty Power Contacts**
(added by the user)

Fort Lauderdale, FL, United States

Utility Services

**View full information**

## Most Discussed Liberty Power Complaints

**Unethical behavior**  3
**Beware**  87
**Harassment**  5
**Forgery**  5

## Related Businesses

**Talk With Lead**
**Just Dial**

Bench Craft Company

International Resort Exchange

Landstar Timeshares

ADVERTISIMENT

IN THE NEWS

ADVERTISIMENT

File a complaint | About us | Categories | Locations | FAQ | Business FAQ | Terms of Use | Privacy Policy | Cookie Policy | DMCA Procedures | Legal Information | Testimonials | Contact us

Business Directory: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

3 of 4                                                                                                       1/3/2022, 3:05 PM

© 2004-2022 ComplaintsBoard.com. All rights reserved.

Do Not Sell My Personal Information

 liberty power

# Liberty Power Reviews

**With a presence in 10 US states, Liberty Power is a large alternative electricity supplier with good reviews for fixed rate plans. Customers appreciate green energy options, but some contract terms may not be freely disclosed.**



Summary:

- Our Analysis
- Rate Plans
    - Our Recommendations
- Good Offers
    - Easy Sign Up Process
- Misinforming Customers
- Marketing Practices
- Better Business Bureau Accreditation
- Company Background

## Our Analysis

Customers may be able to find good deals for fixed rate electricity plans with Liberty Power, provided they lock in a good rate. Many customers are pleased with the availability of green energy plans.

However, some contract provisions may be more hidden, such as the automatic change of fixed rate plans to variable at the end of their term. The company recently lost its Better Business Bureau accreditation for not addressing the pattern of consumer complaints it was receiving. Compare reviews with other suppliers.

> Be sure to be aware of contract provisions before signing up for a fixed rate plan with Liberty Power.

# Rate Plans

| Rate Type | Details | Contract Lengths | Early Cancellation Fees | Our |
|---|---|---|---|---|
| Fixed Rates<br>• Home Independence Plan<br>• Liberty Green<br>• Regional/National Green<br>• Super Saver Plan | • Rate remains the same for entire contract period<br>• Available with renewable energy, up to 100% in CT, IL, OH<br>• 30 days notice required to cancel<br>• Deposits may be required based on credit | • 12 or 24 months | $100 or twice your average monthly bill, whichever is less | Recomn 24 m cont |

| Variable Rates<br>• Rollover Plan<br>• Power Move Plan | score<br>• Rate may change each month | None, automatically renews each month | None | N<br>recomn |
|---|---|---|---|---|

## Our Recommendations

Due to their unpredictable nature, we do **not** recommend variable rate plans with Liberty Power. This is because, unregulated by your state government, they are subject to become much more expensive than standard offers from your local utility.

Fixed rates can be a good deal for electricity, as long as you are able to lock in a good rate. The price of electricity per kilowatt-hour tends to vary so much within a year, that customers may not be able to save on fixed rate plans of a year or less, because they will not be able to benefit from lower costs of electricity when the market rate is cheaper. However, because the price of electricity rises steadily over time, longer contracts can offer a great opportunity to save.

> 24 month fixed-rate contracts with Liberty Power may deliver savings.

## Good Offers

Many customers appreciate **fixed rate** plans with Liberty Power, stating that they are able to save a good amount in comparison to electricity rates offered by their local utility. Additionally, customers are happy that they can pay affordable rates and still **offset** their electricity consumption with **green** Renewable Energy Certificates (RECs).

## Easy Sign Up Process

The process to sign up for service is **straightforward** and refreshingly simple, according to some customers.

## Misinforming Customers

There are allegations that customers have been **misinformed** by representatives at the end of their contracts with Liberty Power. Customers report to the Better Business Bureau that they thought their service would automatically revert back to their local utility at the end of their contract periods, but instead rates became variable.

## Marketing Practices

Some customers are not comfortable with the **volume** of telemarketing calls they receive from Liberty Power.

## Better Business Bureau Accreditation

The company has a **B-** score from the Better Business Bureau (BBB). Liberty Power lost BBB accreditation because it wasn't properly addressing the **pattern** of complaints it was receiving.

## Company Background

Liberty Power was established in **2001**, and serves electricity to residential customers of choice in **10** US states and territories.

🕒 Updated on 11/11/2021

## Let's walk through it together

Selectra | CallMePower.com ▼

Energy Rates ▼

Popular searches ▼

Texas Energy ▼

Helpful Advice ▼

Texas Energy Players ▼

Energy Meters ▼

Texas Energy Consumers ▼

Follow us!

  

Contact    About us    Terms of Service    Privacy Policy

2021 | PUCT Reg #BR210065

© 2021 - Copyright Selectra, LLC