1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

DECLARATION OF CHRISTOPHER REICHMAN



National Do Not Call Registry

Data Book

FY 2016

October 1, 2015 – September 30, 2016

Federal Trade Commission
December 2016

# TABLE OF CONTENTS

**Report Subject**                                    **Page No.**

Introduction..........................................................................................................................................3

**Registrations and Complaints**

Active Registration and Complaint Figures by Fiscal Year ............................................................4

Fiscal Year 2016 Complaint Figures by Month and Complaint Type ............................................5

Fiscal Year 2016 Registration and Complaint Figures by State Population ..................................6

State Rankings for National Do Not Call Registry Registrations by State Population ...................7

**Entities Accessing the Registry**

Entities Accessing the Registry by Fiscal Year .............................................................................8

**Appendix:**

Registration and Complaint Figures by Consumer State and Area Code .....................................9



NATIONAL
DO NOT CALL
REGISTRY

## INTRODUCTION

The National Do Not Call Registry (Registry) provides consumers with an easy and efficient way to register their preference not to receive most telemarketing sales calls.

The Registry has continued to grow since its inception in the summer of 2003. As of September 30, 2016, there were 226 million active registrations.[1]  Consumers can register their phone number(s) on the Registry by either calling a toll-free number (888-382-1222) from the telephone number(s) they wish to register or using the do-not-call website (https://www.donotcall.gov).  The do-not-call rules require telemarketers and sellers to remove the numbers on the Registry from their call lists at least every 31 days.  Telemarketers can access the Registry through a website (https://telemarketing.donotcall.gov) dedicated to that purpose.

Consumers notify law enforcement of violations of the do-not-call rules by submitting complaints to the Federal Trade Commission (FTC) via either the toll-free number or the website.  Law enforcement officials can then review these complaints, as well as consumer registration information and telemarketer access information, through the Consumer Sentinel Network (CSN), a secure Internet website maintained by the FTC.  For more information about CSN, please visit www.FTC.gov/sentinel.  Law enforcement personnel may join CSN at https://register.consumersentinel.gov.

The *National Do Not Call Registry Data Book* contains statistical data regarding the registrations on the Registry, the subscriptions of entities (e.g., telemarketers and sellers) accessing phone numbers on the Registry, and the complaints consumers submit to the FTC about companies allegedly violating the do-not-call rules.

The *National Do Not Call Registry Data Book* for Fiscal Year 2016 is based on unverified complaints reported by consumers.  This report is not based on a consumer survey.

---

[1] For the purposes of this report, "active registrations" are those registrations consumers have placed on the Registry and have not been subsequently deleted by the consumer or removed by the FTC because the number was disconnected and reassigned.  If a telemarketer downloaded the Registry on the reported day, this is the number of registrations that would have appeared.



# National Do Not Call Registry
## Active Registration and Complaint Figures[1]



## Active Registration and Complaint Figures[1]
### June 27, 2003 through September 30, 2016

| Fiscal Year | No. of Active Registrations | Increase in Active Registrations | No. of Cumulative Complaints | Complaints Received Each Fiscal Year |
|---|---|---|---|---|
| 2003 | 50,267,097 | 50,267,097 | 0 | 0 |
| 2004 | 61,741,124 | 11,474,027 | 579,838 | 579,838 |
| 2005 | 103,193,927 | 41,452,803 | 1,249,312 | 669,474 |
| 2006 | 126,981,844 | 23,787,917 | 2,399,130 | 1,149,818 |
| 2007 | 145,756,274 | 18,774,430 | 3,696,995 | 1,297,865 |
| 2008 | 166,582,471 | 20,826,197 | 5,464,793 | 1,767,798 |
| 2009 | 183,505,798 | 16,923,327 | 7,273,144 | 1,808,351 |
| 2010 | 192,917,741 | 9,411,943 | 8,906,957 | 1,633,813 |
| 2011 | 200,520,793 | 7,603,052 | 11,180,473 | 2,273,516 |
| 2012 | 207,938,719 | 7,417,926 | 15,021,029 | 3,840,556 |
| 2013 | 213,400,640 | 5,461,921 | 18,769,675 | 3,748,646 |
| 2014 | 217,855,659 | 4,455,019 | 22,010,761 | 3,241,086 |
| 2015 | 222,841,484 | 4,985,825 | 25,589,481 | 3,578,711 |
| 2016 | 226,001,288 | 3,159,804 | 30,929,715 | 5,340,234 |

[1] Active registration and complaint figures reflect the total number of phone numbers registered and the total number of National Do Not Call Registry complaints submitted to the FTC as of September 30, 2016.





# Fiscal Year 2016
## National Do Not Call Registry
### Complaint Figures by Month and Complaint Type¹

### Complaint Figures by Month and Complaint Type¹

| | Oct-15 | Nov-15 | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Complaints | 312,017 | 279,305 | 292,337 | 374,507 | 439,500 | 488,410 | 464,708 | 511,017 | 514,725 | 484,584 | 623,464 | 557,660 |
| Recorded Message | 188,748 | 167,258 | 176,533 | 234,541 | 276,042 | 311,415 | 295,422 | 325,943 | 329,598 | 313,153 | 416,914 | 365,947 |
| Requested Entity to Stop Calling | 150,850 | 134,029 | 142,103 | 179,894 | 205,620 | 224,006 | 214,170 | 219,664 | 211,094 | 207,262 | 265,676 | 234,867 |

¹ Complaint types refer to National Do Not Call Registry complaints in which the consumer responded affirmatively to either or both of two questions: "Have you asked this company to stop calling you?" or "Was the call a recorded message?" Consumers may also file a complaint without responding affirmatively to these questions. On September 1, 2009, the National Registry began accepting all complaints regarding calls using a recorded message, regardless of the registration status of the called number.

# Fiscal Year 2016
## National Do Not Call Registry Registration and Complaint Figures by State Population


NATIONAL
DO NOT CALL
REGISTRY

| Consumer State | Active Registrations [1] | Active Registrations per 100,000 Population [2] | FY 2016 Complaints | FY 2016 Complaints per 100,000 Population [2] |
|---|---|---|---|---|
| Alabama | 3,331,985 | 68,574 | 66,710 | 1,373 |
| Alaska | 362,861 | 49,139 | 2,006 | 272 |
| Arizona | 4,520,322 | 66,202 | 132,984 | 1,948 |
| Arkansas | 1,989,596 | 66,805 | 43,510 | 1,461 |
| California | 25,548,739 | 65,267 | 739,978 | 1,890 |
| Colorado | 4,385,799 | 80,376 | 103,087 | 1,889 |
| Connecticut | 3,121,358 | 86,924 | 77,087 | 2,147 |
| Delaware | 734,565 | 77,655 | 19,688 | 2,081 |
| District of Columbia | 605,725 | 90,107 | 18,628 | 2,771 |
| Florida | 14,389,449 | 70,984 | 383,017 | 1,889 |
| Georgia | 6,972,018 | 68,254 | 168,268 | 1,647 |
| Hawaii | 770,366 | 53,811 | 12,814 | 895 |
| Idaho | 1,146,823 | 69,285 | 26,673 | 1,612 |
| Illinois | 9,829,741 | 76,437 | 272,073 | 2,116 |
| Indiana | 4,025,068 | 60,805 | 64,495 | 974 |
| Iowa | 2,450,893 | 78,456 | 37,275 | 1,193 |
| Kansas | 2,323,522 | 79,801 | 41,781 | 1,435 |
| Kentucky | 3,279,331 | 74,108 | 52,390 | 1,184 |
| Louisiana | 2,766,185 | 59,224 | 42,494 | 910 |
| Maine | 1,066,511 | 80,229 | 15,796 | 1,188 |
| Maryland | 4,593,802 | 76,478 | 126,736 | 2,110 |
| Massachusetts | 5,704,559 | 83,959 | 136,761 | 2,013 |
| Michigan | 7,809,488 | 78,704 | 179,649 | 1,811 |
| Minnesota | 4,256,335 | 77,516 | 78,217 | 1,425 |
| Mississippi | 1,601,601 | 53,523 | 24,887 | 831 |
| Missouri | 3,981,945 | 65,453 | 56,767 | 933 |
| Montana | 779,301 | 75,444 | 15,141 | 1,466 |
| Nebraska | 1,468,110 | 77,424 | 30,248 | 1,595 |
| Nevada | 1,922,818 | 66,514 | 49,986 | 1,729 |
| New Hampshire | 1,200,259 | 90,204 | 24,739 | 1,859 |
| New Jersey | 7,168,934 | 80,028 | 204,456 | 2,282 |
| New Mexico | 1,529,042 | 73,332 | 32,146 | 1,542 |
| New York | 13,822,538 | 69,826 | 362,390 | 1,831 |
| North Carolina | 6,706,628 | 66,780 | 138,479 | 1,379 |
| North Dakota | 514,180 | 67,930 | 5,134 | 676 |
| Ohio | 8,941,915 | 76,996 | 199,203 | 1,715 |
| Oklahoma | 2,625,837 | 67,134 | 46,769 | 1,196 |
| Oregon | 2,925,076 | 72,601 | 70,294 | 1,745 |
| Pennsylvania | 10,065,116 | 78,618 | 205,880 | 1,608 |
| Rhode Island | 799,932 | 75,730 | 20,194 | 1,912 |
| South Carolina | 3,004,831 | 61,371 | 67,568 | 1,380 |
| South Dakota | 623,572 | 72,638 | 9,288 | 1,082 |
| Tennessee | 4,597,744 | 69,660 | 105,301 | 1,595 |
| Texas | 15,201,691 | 55,341 | 382,252 | 1,392 |
| Utah | 1,891,575 | 63,138 | 40,989 | 1,368 |
| Vermont | 488,686 | 78,060 | 10,390 | 1,660 |
| Virginia | 6,071,736 | 72,429 | 181,516 | 2,165 |
| Washington | 5,095,928 | 71,069 | 109,435 | 1,526 |
| West Virginia | 1,218,362 | 66,067 | 19,836 | 1,076 |
| Wisconsin | 4,542,861 | 78,714 | 67,237 | 1,165 |
| Wyoming | 450,251 | 76,821 | 8,535 | 1,456 |

[1] "Active Registrations" reflect the total number of phone numbers registered on the National Do Not Call Registry as of September 30, 2016.

[2] Population estimates are based on the 2015 U.S. Census population estimates (Table NST-EST2015-01 – Annual Estimates of the Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2015).

[3] "FY 2016 Complaints" reflect National Do Not Call Registry complaints received by the Commission during fiscal year 2016.

# State Rankings for National Do Not Call Registry Registrations by State Population



**NATIONAL DO NOT CALL REGISTRY**



| | State | Population | | Active Reg. per 100,000 |
|---|---|---|---|---|
| 1 | New Hampshire | 1,200,259 | | 90,204 |
| 2 | Connecticut | 3,121,356 | | 86,924 |
| 3 | Massachusetts | 5,704,559 | | 83,969 |
| 4 | Colorado | 4,385,799 | | 80,376 |
| 5 | Maine | 1,066,511 | | 80,229 |
| 6 | New Jersey | 7,168,934 | | 80,026 |
| 7 | Kansas | 2,323,522 | | 79,801 |
| 8 | Wisconsin | 4,542,861 | | 78,714 |
| 9 | Michigan | 7,909,488 | | 78,704 |
| 10 | Pennsylvania | 10,065,116 | | 78,618 |
| | Iowa | 2,450,893 | | 78,456 |
| | Vermont | 488,688 | | 78,060 |
| | Delaware | 734,565 | | 77,655 |
| | Minnesota | 4,255,335 | | 77,516 |
| | Nebraska | 1,468,110 | | 77,424 |
| | Ohio | 8,941,915 | | 76,996 |
| | Wyoming | 450,251 | | 76,821 |
| | Maryland | 4,593,602 | | 76,478 |
| | Illinois | 9,829,741 | | 76,437 |
| | Rhode Island | 799,932 | | 75,730 |
| | Montana | 779,301 | | 75,444 |
| | Kentucky | 3,279,331 | | 74,108 |
| | New Mexico | 1,529,042 | | 73,332 |
| | South Dakota | 623,572 | | 72,638 |
| | Oregon | 2,925,078 | | 72,601 |

| State | Population | | Active Reg. per 100,000 |
|---|---|---|---|
| Virginia | 6,071,736 | | 72,429 |
| Washington | 5,095,928 | | 71,069 |
| Florida | 14,389,449 | | 70,984 |
| New York | 13,822,538 | | 69,826 |
| Tennessee | 4,597,744 | | 69,860 |
| Idaho | 1,146,623 | | 69,285 |
| Alabama | 3,331,985 | | 68,574 |
| Georgia | 6,972,018 | | 68,284 |
| North Dakota | 514,180 | | 67,930 |
| Oklahoma | 2,625,837 | | 67,134 |
| Arkansas | 1,989,596 | | 66,905 |
| North Carolina | 6,706,628 | | 66,780 |
| Nevada | 1,922,818 | | 66,514 |
| Arizona | 4,520,322 | | 66,202 |
| West Virginia | 1,218,362 | | 66,057 |
| Missouri | 3,981,945 | | 65,453 |
| California | 25,548,739 | | 65,267 |
| Utah | 1,891,575 | | 63,138 |
| South Carolina | 3,004,831 | | 61,371 |
| Indiana | 4,025,068 | | 60,965 |
| Louisiana | 2,766,185 | | 59,224 |
| Texas | 15,201,691 | | 55,341 |
| Hawaii | 770,366 | | 53,811 |
| Mississippi | 1,601,601 | | 53,523 |
| Alaska | 362,861 | | 49,139 |

[1] Rankings are based on the "Active Registrations per 100,000 Population." "Active Registrations" reflect the total number of phone numbers registered on the National Do Not Call Registry as of September 30, 2016.

[2] Population estimates are based on the 2015 U.S. Census population estimates (Table NST-EST2015-01 – Annual Estimates of the Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2015).

[3] Numbers for the District of Columbia are as follows: Active Registrations = 605,725; and Active Registrations per 100,000 Population = 90,107.

# National Do Not Call Registry
# Entities Accessing the Registry
# by Fiscal Year[1]





Fiscal Year

|  | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 |
|---|---|---|---|---|---|
| Entities Who Paid | 2,949 | 2,877 | 2,582 | 2,502 | 2,353 |
| 5 or Fewer Area Codes | 25,389 | 24,182 | 23,049 | 20,075 | 17,634 |
| Exempt Entities | 631 | 598 | 585 | 521 | 503 |

[1] "Entities Who Paid" are telemarketers, sellers and other entities who paid fees to access the Registry. "5 or Fewer Area Codes" includes those
entities who accessed five or fewer area codes; the first five area codes are provided to entities at no cost. "Exempt Entities" include
organizations that engage in outbound telephone calls to consumers that do not involve the sale of goods or services, such as calls to induce
charitable contributions, to raise funds for political purposes, or to conduct surveys. "Exempt Entities" also include those who are engaged solely
in calls to persons with whom they have an established business relationship or from whom they have obtained express written agreement to call
and who do not access the National Registry for any other purpose.



# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## Alabama

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 205 | 1,098,026 | 121,525 | 21,327 |
| 251 | 482,982 | 35,831 | 9,351 |
| 256 | 1,074,834 | 94,261 | 21,785 |
| 334 | 675,813 | 51,762 | 13,372 |
| 938 | 330 | 86 | 19 |

## Alaska

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 907 | 362,861 | 9,453 | 1,495 |

## Arizona

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 480 | 1,327,768 | 169,035 | 40,556 |
| 520 | 903,023 | 114,320 | 28,046 |
| 602 | 1,036,208 | 102,276 | 26,725 |
| 623 | 806,185 | 85,443 | 17,415 |
| 928 | 647,138 | 60,009 | 15,902 |

## Arkansas

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 479 | 581,140 | 49,472 | 13,258 |
| 501 | 724,475 | 66,454 | 18,794 |
| 870 | 683,981 | 41,488 | 11,240 |



**NATIONAL
DO NOT CALL
REGISTRY**

# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## California

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 209 | 899,070 | 77,106 | 18,774 |
| 213 | 236,412 | 24,530 | 7,621 |
| 310 | 1,594,890 | 203,752 | 57,303 |
| 323 | 742,539 | 73,251 | 22,448 |
| 408 | 1,214,024 | 131,146 | 35,325 |
| 415 | 1,128,350 | 133,933 | 38,842 |
| 424 | 41,395 | 5,940 | 1,847 |
| 442 | 2,512 | 306 | 203 |
| 510 | 1,131,092 | 126,724 | 36,258 |
| 530 | 966,408 | 86,376 | 21,285 |
| 559 | 777,765 | 56,864 | 16,637 |
| 562 | 815,435 | 93,095 | 23,750 |
| 619 | 1,143,045 | 97,807 | 27,778 |
| 626 | 871,180 | 95,564 | 25,942 |
| 628 | 154 | 109 | 100 |
| 650 | 791,405 | 113,481 | 30,978 |
| 657 | 4,548 | 1,360 | 618 |
| 661 | 739,940 | 78,805 | 19,268 |
| 669 | 1,397 | 191 | 84 |
| 707 | 1,053,035 | 102,228 | 23,991 |
| 714 | 1,436,757 | 187,776 | 45,610 |
| 747 | 2,669 | 484 | 202 |
| 760 | 1,319,109 | 119,032 | 29,023 |
| 805 | 1,145,668 | 131,377 | 32,585 |
| 818 | 1,320,397 | 182,316 | 56,567 |
| 831 | 457,581 | 41,608 | 12,040 |
| 858 | 606,220 | 65,348 | 16,913 |
| 909 | 1,020,672 | 112,991 | 28,734 |
| 916 | 1,357,341 | 126,448 | 33,092 |
| 925 | 869,022 | 100,365 | 24,237 |
| 949 | 918,162 | 105,177 | 30,150 |
| 951 | 940,545 | 98,005 | 22,233 |



# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## Colorado

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 303 | 1,905,414 | 228,691 | 52,093 |
| 719 | 832,791 | 67,646 | 15,268 |
| 720 | 694,340 | 43,342 | 13,504 |
| 970 | 953,254 | 70,257 | 19,974 |

## Connecticut

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 203 | 1,594,526 | 157,046 | 39,652 |
| 475 | 2,527 | 196 | 90 |
| 860 | 1,524,100 | 141,414 | 38,528 |
| 959 | 203 | 32 | 23 |

## Delaware

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 302 | 734,565 | 75,499 | 19,559 |

## District of Columbia

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 202 | 605,725 | 60,180 | 20,201 |



NATIONAL
DO NOT CALL
REGISTRY

# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## Florida

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 239 | 743,753 | 73,779 | 19,894 |
| 305 | 1,201,393 | 101,567 | 27,384 |
| 321 | 658,162 | 70,298 | 18,627 |
| 352 | 1,034,439 | 108,565 | 31,243 |
| 386 | 597,429 | 57,301 | 16,477 |
| 407 | 1,273,063 | 117,972 | 34,533 |
| 561 | 1,144,092 | 97,915 | 28,552 |
| 727 | 1,030,785 | 99,091 | 27,144 |
| 754 | 38,322 | 3,540 | 1,212 |
| 772 | 448,298 | 36,119 | 10,031 |
| 786 | 390,395 | 48,966 | 14,382 |
| 813 | 1,073,638 | 99,656 | 29,001 |
| 850 | 1,032,498 | 73,267 | 24,006 |
| 863 | 494,658 | 35,851 | 10,404 |
| 904 | 1,087,094 | 91,419 | 27,099 |
| 941 | 774,925 | 77,966 | 22,053 |
| 954 | 1,368,505 | 112,580 | 30,996 |

## Georgia

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 229 | 405,822 | 23,348 | 6,301 |
| 404 | 1,270,957 | 104,394 | 36,568 |
| 470 | 15,833 | 1,575 | 796 |
| 478 | 407,863 | 32,843 | 8,015 |
| 678 | 1,089,114 | 78,828 | 26,377 |
| 706 | 1,252,659 | 93,926 | 26,789 |
| 762 | 3,983 | 445 | 234 |
| 770 | 1,932,233 | 213,104 | 53,684 |
| 912 | 593,554 | 32,513 | 9,299 |



**NATIONAL DO NOT CALL REGISTRY**

# Appendix:
# National Do Not Call Registry Registration and Complaint Figures by Consumer State and Area Code

**Hawaii**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 808 | 770,366 | 43,031 | 11,992 |

**Idaho**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 208 | 1,146,623 | 97,479 | 26,449 |

**Illinois**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 217 | 907,398 | 81,035 | 20,993 |
| 224 | 173,854 | 13,030 | 4,285 |
| 309 | 743,042 | 70,420 | 18,411 |
| 312 | 510,613 | 57,670 | 15,518 |
| 331 | 12,128 | 1,440 | 390 |
| 618 | 920,737 | 79,255 | 21,197 |
| 630 | 1,396,660 | 168,488 | 43,476 |
| 708 | 1,034,050 | 129,154 | 38,625 |
| 773 | 1,206,937 | 120,703 | 30,365 |
| 779 | 13,828 | 907 | 261 |
| 815 | 1,288,845 | 125,319 | 31,139 |
| 847 | 1,618,175 | 218,386 | 52,820 |
| 872 | 3,474 | 384 | 169 |

**Indiana**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 219 | 534,922 | 39,476 | 13,401 |
| 260 | 449,375 | 19,254 | 6,376 |
| 317 | 1,076,027 | 45,458 | 16,076 |
| 574 | 420,570 | 17,399 | 6,966 |
| 765 | 661,203 | 25,429 | 8,877 |
| 812 | 882,887 | 35,753 | 12,612 |
| 930 | 84 | 35 | 26 |



# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## Iowa

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 319 | 614,707 | 42,612 | 10,181 |
| 515 | 664,549 | 46,767 | 12,035 |
| 563 | 393,642 | 23,059 | 6,405 |
| 641 | 363,833 | 15,031 | 3,556 |
| 712 | 414,162 | 19,629 | 5,379 |

## Kansas

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 316 | 482,117 | 40,099 | 9,338 |
| 620 | 473,676 | 19,319 | 4,609 |
| 785 | 655,188 | 34,566 | 9,333 |
| 913 | 712,541 | 57,559 | 18,844 |

## Kentucky

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 270 | 911,504 | 51,882 | 11,296 |
| 364 | 25 | 6 | 5 |
| 502 | 1,002,677 | 73,585 | 19,758 |
| 606 | 538,161 | 21,005 | 5,423 |
| 859 | 826,964 | 57,933 | 16,536 |

## Louisiana

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 225 | 501,528 | 41,312 | 7,345 |
| 318 | 633,420 | 46,671 | 10,077 |
| 337 | 553,288 | 34,206 | 6,519 |
| 504 | 638,009 | 54,438 | 12,747 |
| 985 | 439,940 | 32,498 | 6,137 |



# Appendix:
## National Do Not Call Registry
## Registration and Complaint Figures
## by Consumer State and Area Code

**Maine**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 207 | 1,066,511 | 62,718 | 15,715 |

**Maryland**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 240 | 526,754 | 31,582 | 11,014 |
| 301 | 1,596,553 | 209,241 | 52,450 |
| 410 | 1,672,501 | 190,153 | 49,010 |
| 443 | 797,051 | 39,378 | 15,290 |
| 667 | 743 | 193 | 150 |

**Massachusetts**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 339 | 45,912 | 2,779 | 997 |
| 351 | 2,361 | 203 | 118 |
| 413 | 641,079 | 57,321 | 16,642 |
| 508 | 1,588,759 | 137,264 | 38,136 |
| 617 | 1,181,370 | 99,082 | 33,386 |
| 774 | 231,574 | 9,289 | 3,635 |
| 781 | 909,184 | 78,821 | 20,759 |
| 857 | 70,959 | 5,198 | 2,055 |
| 978 | 1,033,361 | 88,342 | 23,285 |



**NATIONAL DO NOT CALL REGISTRY**

# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## Michigan

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 231 | 535,309 | 37,610 | 9,846 |
| 248 | 1,259,403 | 133,361 | 35,141 |
| 269 | 595,864 | 48,009 | 12,946 |
| 313 | 709,326 | 54,853 | 15,781 |
| 517 | 680,286 | 51,543 | 15,783 |
| 586 | 735,446 | 67,295 | 18,051 |
| 616 | 759,264 | 69,767 | 18,397 |
| 734 | 930,280 | 82,648 | 25,134 |
| 810 | 628,252 | 48,942 | 14,216 |
| 906 | 237,608 | 14,469 | 4,102 |
| 947 | 1,001 | 196 | 46 |
| 989 | 737,449 | 45,163 | 13,365 |

## Minnesota

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 218 | 605,884 | 32,210 | 8,274 |
| 320 | 401,139 | 20,764 | 5,261 |
| 507 | 616,709 | 33,915 | 9,745 |
| 612 | 832,578 | 53,352 | 18,266 |
| 651 | 784,856 | 58,264 | 15,685 |
| 763 | 526,425 | 44,671 | 11,595 |
| 952 | 487,744 | 40,629 | 10,687 |

## Mississippi

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 228 | 251,681 | 16,824 | 4,024 |
| 601 | 788,496 | 48,455 | 11,955 |
| 662 | 551,848 | 26,864 | 7,502 |
| 769 | 9,576 | 618 | 282 |



# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

**Missouri**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 314 | 1,059,803 | 68,452 | 17,745 |
| 417 | 633,589 | 33,687 | 8,833 |
| 573 | 679,525 | 25,279 | 6,905 |
| 636 | 449,955 | 30,804 | 7,001 |
| 660 | 252,160 | 7,810 | 2,180 |
| 816 | 906,913 | 47,155 | 14,374 |

**Montana**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 406 | 779,301 | 52,746 | 15,073 |

**Nebraska**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 308 | 289,015 | 14,293 | 3,743 |
| 402 | 1,178,800 | 87,549 | 26,670 |
| 531 | 295 | 83 | 31 |

**Nevada**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 702 | 1,325,595 | 136,094 | 32,391 |
| 725 | 843 | 216 | 167 |
| 775 | 596,380 | 56,892 | 15,986 |

**New Hampshire**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 603 | 1,200,259 | 94,639 | 24,518 |



**NATIONAL DO NOT CALL REGISTRY**

# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

**New Jersey**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 201 | 1,218,195 | 138,468 | 35,799 |
| 551 | 53,494 | 3,566 | 1,318 |
| 609 | 1,260,713 | 137,987 | 33,248 |
| 732 | 1,492,453 | 170,065 | 45,856 |
| 848 | 53,124 | 3,014 | 1,215 |
| 856 | 767,480 | 86,217 | 22,856 |
| 862 | 98,195 | 5,723 | 2,430 |
| 908 | 1,000,587 | 115,268 | 30,398 |
| 973 | 1,224,693 | 125,881 | 34,310 |

**New Mexico**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 505 | 1,118,212 | 88,730 | 23,433 |
| 575 | 410,830 | 24,945 | 7,917 |

**New York**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 212 | 706,128 | 116,972 | 24,379 |
| 315 | 1,095,980 | 94,303 | 26,040 |
| 347 | 557,414 | 37,893 | 13,222 |
| 516 | 1,312,031 | 131,751 | 41,581 |
| 518 | 1,116,311 | 104,322 | 25,618 |
| 585 | 885,777 | 89,066 | 25,579 |
| 607 | 618,255 | 56,994 | 13,570 |
| 631 | 1,138,341 | 111,128 | 32,884 |
| 646 | 596,955 | 36,070 | 14,953 |
| 716 | 1,081,040 | 95,146 | 23,999 |
| 718 | 1,559,362 | 159,751 | 38,575 |
| 845 | 959,398 | 96,735 | 28,441 |
| 914 | 862,379 | 101,334 | 25,372 |
| 917 | 1,312,230 | 84,334 | 37,633 |
| 929 | 20,926 | 637 | 345 |
| 934 | 11 | 4 | 4 |



# Appendix:
# National Do Not Call Registry Registration and Complaint Figures by Consumer State and Area Code

## North Carolina

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 252 | 659,568 | 40,060 | 11,359 |
| 336 | 1,220,218 | 83,986 | 20,795 |
| 704 | 1,490,890 | 118,413 | 31,561 |
| 743 | 15 | 8 | 8 |
| 828 | 936,582 | 71,117 | 18,955 |
| 910 | 934,307 | 57,444 | 18,299 |
| 919 | 1,387,789 | 116,016 | 32,797 |
| 980 | 74,741 | 4,148 | 1,584 |
| 984 | 2,518 | 135 | 89 |

## North Dakota

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 701 | 514,180 | 20,636 | 5,226 |

## Ohio

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 216 | 682,934 | 68,405 | 16,390 |
| 220 | 74 | 25 | 19 |
| 234 | 17,480 | 3,235 | 851 |
| 330 | 1,605,862 | 152,959 | 35,324 |
| 380 | 8 | 8 | 8 |
| 419 | 1,238,543 | 90,908 | 25,516 |
| 440 | 1,000,524 | 100,606 | 25,420 |
| 513 | 1,195,735 | 121,833 | 31,364 |
| 567 | 62,387 | 2,706 | 974 |
| 614 | 1,093,236 | 104,578 | 27,035 |
| 740 | 965,071 | 60,183 | 16,285 |
| 937 | 1,080,061 | 89,238 | 23,519 |



**NATIONAL DO NOT CALL REGISTRY**

# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## Oklahoma

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 405 | 1,081,919 | 73,669 | 19,678 |
| 539 | 649 | 112 | 51 |
| 580 | 518,469 | 25,500 | 7,668 |
| 918 | 1,024,800 | 68,831 | 19,357 |

## Oregon

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 458 | 584 | 940 | 38 |
| 503 | 1,630,689 | 166,899 | 39,834 |
| 541 | 1,174,900 | 105,867 | 26,729 |
| 971 | 118,903 | 13,527 | 1,996 |

## Pennsylvania

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 215 | 1,409,806 | 143,058 | 35,028 |
| 267 | 445,003 | 25,580 | 9,146 |
| 272 | 133 | 26 | 13 |
| 412 | 1,119,654 | 81,726 | 22,024 |
| 484 | 442,215 | 23,465 | 7,815 |
| 570 | 1,198,093 | 80,187 | 23,537 |
| 610 | 1,662,442 | 166,740 | 41,682 |
| 717 | 1,513,268 | 101,046 | 27,309 |
| 724 | 1,258,089 | 80,362 | 21,629 |
| 814 | 1,016,111 | 61,461 | 18,181 |
| 878 | 302 | 95 | 69 |

## Rhode Island

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 401 | 799,932 | 75,981 | 20,533 |



# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

**South Carolina**

| Area Code | Active Registrations as of Sept 30 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 803 | 1,013,828 | 79,364 | 21,949 |
| 843 | 1,051,408 | 75,570 | 22,966 |
| 854 | 68 | 35 | 35 |
| 864 | 939,527 | 74,381 | 20,016 |

**South Dakota**

| Area Code | Active Registrations as of Sept 30 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 605 | 623,572 | 33,760 | 8,971 |

**Tennessee**

| Area Code | Active Registrations as of Sept. 30 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 423 | 1,007,061 | 81,562 | 22,793 |
| 615 | 1,194,658 | 108,086 | 28,310 |
| 629 | 166 | 54 | 47 |
| 731 | 350,229 | 24,050 | 5,468 |
| 865 | 726,323 | 65,782 | 18,763 |
| 901 | 723,161 | 68,131 | 17,494 |
| 931 | 596,146 | 44,021 | 12,213 |






# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

**Texas**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 210 | 1,093,569 | 103,686 | 30,186 |
| 214 | 1,328,798 | 125,310 | 40,109 |
| 254 | 507,385 | 37,943 | 9,782 |
| 281 | 1,407,653 | 145,524 | 36,861 |
| 325 | 290,213 | 22,639 | 5,738 |
| 346 | 1,587 | 185 | 162 |
| 361 | 399,255 | 24,185 | 8,073 |
| 409 | 383,685 | 23,478 | 6,318 |
| 430 | 1,519 | 73 | 31 |
| 432 | 237,504 | 12,859 | 3,989 |
| 469 | 343,464 | 27,357 | 8,571 |
| 512 | 1,262,519 | 148,779 | 44,855 |
| 682 | 96,708 | 6,832 | 2,598 |
| 713 | 1,056,332 | 91,439 | 27,760 |
| 737 | 1,431 | 245 | 167 |
| 806 | 514,588 | 33,867 | 9,485 |
| 817 | 1,389,500 | 147,658 | 40,953 |
| 830 | 334,879 | 19,437 | 5,657 |
| 832 | 779,008 | 44,811 | 19,117 |
| 903 | 901,633 | 61,434 | 15,943 |
| 915 | 320,417 | 24,890 | 8,369 |
| 936 | 359,077 | 19,896 | 5,730 |
| 940 | 372,238 | 24,428 | 7,129 |
| 956 | 355,819 | 16,084 | 5,435 |
| 972 | 1,134,217 | 122,754 | 31,041 |
| 979 | 328,693 | 18,594 | 6,080 |

**Utah**

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 385 | 13,519 | 1,798 | 548 |
| 435 | 427,803 | 28,717 | 7,810 |
| 801 | 1,450,253 | 114,987 | 31,525 |



# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## Vermont

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 802 | 488,688 | 35,262 | 10,251 |

## Virginia

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 276 | 283,449 | 17,688 | 5,671 |
| 434 | 448,804 | 31,622 | 10,638 |
| 540 | 1,153,990 | 92,956 | 27,986 |
| 571 | 296,665 | 23,432 | 8,445 |
| 703 | 1,588,647 | 230,192 | 69,610 |
| 757 | 1,279,295 | 101,247 | 31,483 |
| 804 | 1,020,886 | 83,697 | 27,035 |

## Washington

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 206 | 1,033,083 | 116,846 | 24,645 |
| 253 | 753,502 | 75,889 | 14,878 |
| 360 | 1,440,950 | 134,248 | 29,490 |
| 425 | 903,904 | 92,095 | 20,592 |
| 509 | 964,489 | 63,195 | 16,771 |

## West Virginia

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 304 | 1,214,253 | 82,100 | 19,336 |
| 681 | 4,109 | 212 | 114 |



# Appendix:
# National Do Not Call Registry
# Registration and Complaint Figures
# by Consumer State and Area Code

## Wisconsin

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 262 | 840,824 | 53,180 | 15,084 |
| 414 | 765,646 | 39,374 | 12,171 |
| 534 | 67 | 26 | 9 |
| 608 | 984,617 | 46,467 | 15,434 |
| 715 | 891,316 | 30,219 | 9,731 |
| 920 | 1,060,391 | 41,947 | 14,171 |

## Wyoming

| Area Code | Active Registrations as of Sept. 30, 2016 | FY 2012 through FY 2016 Complaints | FY 2016 Complaints |
|---|---|---|---|
| 307 | 450,251 | 35,683 | 8,561 |



**1-888-382-1222**
donotcall.gov